**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| JOSEPH M. KURECKI | NO. 05-23764<br>JUDGE: Hollis |
| DEBTORS | |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

    As you know, our firm represents WILSHIRE CREDIT CORPORATION in your Chapter 13 Case Number 05-23764.  In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.  Accordingly, any information with which you provide this office can and may be used to collect that debt.

I have been informed by my client that you have failed to make payments as required

| | | |
|---|---|---|
| 3/1/2008 regular monthly payment(s) at $766.52 each | = | $766.52 |
| 4/1/2008 – 9/1/2008 regular month payment(s) at $1207.32 each | = | $7,243.92 |
| **TOTAL** | **=** | **$8,010.44** |

        Respectfully submitted,

         /s/ Josephine J. Miceli
       Attorney for WILSHIRE CREDIT CORPORATION

Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Marc G. Wagman ARDC# 06282192
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**