IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Kurecki, Joseph M | Case Number: 05 B 23764 |
| | Judge: Hollis, Pamela S |
| Printed: 12/23/08 | Filed: 6/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 27, 2008
Confirmed: December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,375.00 | |
| Secured: | | 10,095.47 |
| Unsecured: | | 70.62 |
| Priority: | | 0.00 |
| Administrative: | | 2,300.00 |
| Trustee Fee: | | 690.14 |
| Other Funds: | | 218.77 |
| Totals: | 13,375.00 | 13,375.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 2,300.00 | 2,300.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 6,772.84 | 6,772.84 |
| 4. | American General Finance | Secured | 3,322.63 | 3,322.63 |
| 5. | Dr Thomas Krull | Unsecured | 79.69 | 0.00 |
| 6. | Nicor Gas | Unsecured | 535.77 | 44.79 |
| 7. | ECast Settlement Corp | Unsecured | 308.95 | 25.83 |
| 8. | Village Of Tinley Park | Unsecured | 130.00 | 0.00 |
| 9. | Adventist LaGrange Memorial | Unsecured | | No Claim Filed |
| 10. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 11. | Community Family Practice Ctr | Unsecured | | No Claim Filed |
| 12. | Evergreen Health Care | Unsecured | | No Claim Filed |
| 13. | Midwest Diangnostic | Unsecured | | No Claim Filed |
| 14. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 15. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 16. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 17. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 18. | Palos Emergency Medical Servic | Unsecured | | No Claim Filed |
| 19. | Palos Internal Medicine | Unsecured | | No Claim Filed |
| 20. | Radiology Imaging Consultants | Unsecured | | No Claim Filed |
| 21. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 22. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 23. | Sullivan Urgent Aid Centers | Unsecured | | No Claim Filed |
| 24. | Pediatric | Unsecured | | No Claim Filed |
| 25. | Trace Ambulance | Unsecured | | No Claim Filed |
| | | | $ 13,449.88 | $ 12,466.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Kurecki, Joseph M

Printed: 12/23/08

Case Number:  05 B 23764
Judge:  Hollis, Pamela S
Filed:  6/15/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 284.62 |
| 5% | 128.26 |
| 4.8% | 142.80 |
| 5.4% | 119.34 |
| 6.5% | 10.12 |
| 6.6% | 5.00 |
|  | $ 690.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

